# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1143
_____

James Eugene Wolf

*Plaintiff - Appellant*

v.

Hoene Ridge Subdivision; Kelly A. Kelly

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: August 1, 2016
Filed: October 14, 2016
[Unpublished]
_____

Before LOKEN, BENTON, and KELLY, Circuit Judges.
_____

PER CURIAM.

James Eugene Wolf appeals the district court's[1] order dismissing his claims under 18 U.S.C. §§ 241, 242, 844, and 1961 *et seq.*; and 42 U.S.C. §§ 3631 and 12101 *et seq.* Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri.

A careful review of the record reveals that Wolf is not entitled to relief for the reasons stated by the district court. The motion to strike appellees' brief is denied.

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

_____